MINNESOTA SCIENTIFIC, INC., Plaintiff–Appellant,

v.

THOMPSON SURGICAL INSTRUMENTS, INC., Defendant–Cross Appellant.

No. 01–1225, 01–1251.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).